AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
| ANIBAL RAMIREZ-JUAREZ | ) Case No. 18-**259 M** |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 26, 2018** in the county of **Sussex** in the
_____ District of **Delaware**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of Previously Removed Alien |

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Steven Hanley, ICE Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/28/2018

_____
Judge's signature

City and state: Wilmington, Delaware     Hon. Mary Pat Thynge, Chief U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. ACT. NO. 18 - 259M |
| ) | |
| ANIBAL RAMIREZ-JUAREZ, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant, Steven Hanley, being duly sworn, does depose and say:

1. I am a Deportation Officer with the Department of Immigration & Customs Enforcement ("ICE"), a branch of the United States Department of Homeland Security ("DHS"), at the ICE office located in Dover, Delaware. I have been employed by Immigration and Customs Enforcement since July 2, 2007.

2. This investigation is based upon information provided in DHS/ICE records, National Crime Information Center ("NCIC") records, Federal Bureau of Investigation ("FBI") records, and by my own observations and previous interviews. Since this affidavit is only for purposes of establishing probable cause for an arrest pursuant to Title 8, United States Code, Sections 1326(a), not all facts related to this investigation are contained herein.

3. On or about December 25, 2018, the Sussex County Correctional Institution in Georgetown Delaware notified the ICE Dover office that a possible illegal alien was in their custody. ICE database and NCIC record checks were conducted that indicated that the subject, Anibal RAMIREZ-JUAREZ, was a possible illegal alien from Guatemala.

4. On December 26, 2018, deportation officers obtained the fingerprints of Anibal RAMIREZ-JUAREZ at the Sussex Correctional Institution in Delaware. Officers queried the subject's fingerprints in ICE's automated database. The results of that query showed that these fingerprints matched Alien #XXX-XXX-717. Officers also searched RAMIREZ-JUAREZ's fingerprints in the FBI database. These fingerprints matched FBI # XXXXXVD2.

5. No post-arrest statements were made in this investigation.

6. Your affiant has reviewed DHS/ICE alien database records and Anibal RAMIREZ-JUAREZ's ICE alien file (XXXXXX717), which reflect the following:

   a. The defendant was born in Guatemala and he originally entered the United States on March 24, 2013, without inspection or parole by an Immigration Official. United States Border Patrol arrested the defendant and an immigration official, utilizing his discretion, administratively closed this case on or about December 11, 2013.

   b. On or about May 26, 2017, immigration officials encountered the defendant in a Hamilton County, Tennessee jail following his conviction for DUI. Following this encounter, the defendant's closed immigration case was re-calendared. On June 27, 2017, the immigration official ordered the removal of the defendant from the United States. The defendant was actually removed on July 26, 2017.

   c. Immigration & Customs Enforcement Agency encountered the defendant on December 26, 2018 in Sussex County Correctional Institution in Georgetown, Delaware where he was held following a DUI arrest.

   d. The records contain no indication that he had obtained permission from the United States government to re-enter the country.

WHEREFORE, Your affiant avers that there is probable cause to believe that (a) immigration officials previously ordered the removal of Anibal RAMIREZ-JUAREZ, a citizen and alien of Guatemala to Guatemala on or about June 27, 2017; (b) Anibal RAMIREZ-JUAREZ was actually removed on or about July 26, 2017; (c) ICE officials encountered Anibal RAMIREZ-JUAREZ in the United States thereafter on or about December 26, 2018; and (d) Anibal RAMIREZ-JUAREZ entered without the express consent of the United States Secretary of Homeland Security to reapply for admission in violation of Title 8, United States Code, Sections 1326(a).

Steven Hanley
Deportation Officer
United States Immigration & Customs Enforcement

Subscribed and sworn to
before me this __28__ day of , 2018

HONORABLE MARY PAT THYNGE
Chief United States Magistrate Judge
District of Delaware

3